[No. 18498-2-II.   Division Two.   August 9, 1996.]

*In the Matter of the Marriage of* ROBERT D.
MITCHELSON, *Appellant,* and BRENDA A. MITCHELSON,
*Respondent.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 91-3-00670-3, Don L. McCulloch, J.,
entered July 5, 1994. *Affirmed* by unpublished opinion per
Houghton, A.C.J., concurred in by Bridgewater and Arm-
strong, JJ.

[No. 18513-0-II.   Division Two.   August 9, 1996.]

*In the Matter of the Marriage of* MIYOKO COX,
*Appellant,* and DOUGLAS COX, *Respondent.*

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 93-3-00597-6, Leonard N. Costello, J.,
entered July 15, 1994. *Remanded* by unpublished opinion
per Houghton, A.C.J., concurred in by Turner and Arm-
strong, JJ.

[No. 18590-3-II.   Division Two.   August 9, 1996.]

THE STATE OF WASHINGTON, *Respondent,* v. WILEY D.
ELAM, *Appellant.*

Appeal from a judgment of the Superior Court for
Mason County, No. 94-1-00065-9, James B. Sawyer II, J.,
entered August 4, 1994. *Affirmed* by unpublished opinion
per Houghton, J., concurred in by Seinfeld, C.J., and
Turner, J.

[No. 18701-9-II.   Division Two.   August 9, 1996.]

THE STATE OF WASHINGTON, *Appellant,* v. EDWARD
LEE HARRIS, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-02694-3, Arthur W. Verharen, J., entered
August 25, 1994. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater and Turner, JJ.